## IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ERIC FOREMAN, | ) |
| Plaintiff, | ) |
| v. | ) No.  21-cv-460 JPG |
| AUSTIN AIR SYSTEMS, LIMITED | ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

This matter comes before the Court on the plaintiff's stipulation of dismissal (doc. 24). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) a plaintiff may dismiss an action without a court order pursuant to a stipulation signed by all parties. Here, plaintiff has presented a stipulation of dismissal signed by all parties. Pursuant to the parties' stipulation, this case is **DISMISSED** with prejudice and the Court **DIRECTS** the Clerk of Court to close this case.

DATED: October 4, 2021

*s/J. Phil Gilbert*
UNITED STATES DISTRICT JUDGE